IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY HICKMAN-SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3205 |
| | ) | |
| v. | ) | |
| | ) | |
| SCHMADER, Chief Omaha Police, | ) | MEMORANDUM OPINION |
| and TWO JOHN DOE UNKNOWN | ) | |
| OMAHA POLICE OFFICERS, | ) | |
| | ) | |
| Defendant. | ) | |

On December 3, 2014, the Court ordered plaintiff to show cause by December 19, 2014, why this case should not be dismissed based on plaintiff's failure to sign his complaint.  To date, plaintiff has not shown cause and he has not signed his complaint.  A separate order will be entered dismissing plaintiff's complaint for failure to comply with Rule 11 of the Federal Rules of Civil Procedure.

DATED this 12th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court